987 So.2d 195 (2008)
Miguel ANDRADE, Appellant,
v.
NAUTILUS PAINTING, Appellee.
No. 1D07-3968.
District Court of Appeal of Florida, First District.
July 23, 2008.
Ramon Hudec and William F. Souza of Law Office of William F. Souza, Miami Beach, for Appellant.
Oscar Schneider, Plantation, and Charles L. Simon, Sunrise, for Appellee.
PER CURIAM.
REVERSED. See Martinez v. Collier County Public Schs, 804 So.2d 559 (Fla. 1st DCA 2002).
ALLEN, DAVIS, and HAWKES, JJ., concur.